**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN W. TATER, | ) | CASE NO. 1:18CV01221 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | JONATHAN D. GREENBERG |
| | ) | |
| WE BUILD APPS LLC, *et al*, | ) | |
| | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

For all the reasons set forth in the contemporaneously filed Memorandum of Opinion and

Order, the Count grants the parties' Joint Motion for Approval of Settlement Agreement (Doc.

No. 39) as it represents a fair and reasonable resolution of bona fide disputes under federal law.

All claims in this lawsuit are dismissed with prejudice. The Court retains jurisdiction to enforce

the terms of the settlement agreement. This case is dismissed with prejudice.

**IT IS SO ORDERED.**


  *s/Jonathan D. Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge

Date: April 2, 2019