**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO,**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN W. TATER, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Case No. 1:18-CV-1221 |
| v. | : | |
| | : | Magistrate Judge Jonathan D. Greenberg |
| WE BUILD APPS LLC, et al., | : | |
| | : | |
| *Defendants* | : | |

---

### CONSENT JUDGMENT ENTRY

---

Plaintiff, Stephen W. Tater, and against Defendants, We Build Apps LLC, and We Build Apps 2 LLC, agree, as evidenced by the signatures below, it is hereby ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $11,000.00.

IT IS SO ORDERED.

    10/15/2019                              *s/Jonathan D. Greenberg*
Date                                        Jonathan D. Greenberg
                                            United States Magistrate Judge

**APPROVED AND ACCEPTED BY:**

/s/ *Mark W. Biggerman*                     /s/ *Gary Cook, Esq.*
Mark W. Biggerman (0064092)                 Gary Cook, Esq. (#0021240)
mark@mblegal.com                            23880 Commerce Park, Suite 2
29325 Chagrin Blvd., Suite 305              Beachwood, Ohio 44122
Pepper Pike, Ohio 44122                     Telephone: (216) 965-4410
(216) 831-4935                              Email: gcookesq@yahoo.com
(216) 831-9526  {fax}
*Attorney for Plaintiff*                    *Attorney for Defendants*